**METROPOLITAN PAVING BRICK CO v FEDERAL SURETY CO**

Ohio Appeals, 2nd Dist, Franklin Co

No 2330. Decided March 11, 1935

Black, McCuskey, Ruff & Souers, Canton, and Arnold, Wright, Purpus & Harlor, Columbus, for plaintiff in error.

Barnum, Hammond, Stevens & Hoyt, Youngstown, and Williams, Williams, Klapp & Reynolds, Columbus, for defendant in error.

Baker, Hostetler, Sidlo & Patterson, Cleveland, Bennett, Westfall & Bennett, Columbus, Knepper, White, Smith & Dempsey, Columbus, Squire, Sanders & Dempsey, Cleveland, and Griswold, Green, Palmer & Kapp, Cleveland, Amici Curiae.

For full opinion see 3 OO 475; 50 Oh Ap 143.